CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 2 5 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID L. FARMER,<br>    Petitioner, | )<br>)<br>)<br>) | Civil Action No. 7:05-cv-00204<br>Crim. No. 1:02-cr-00047 |
| v. | )<br>) | **FINAL ORDER** |
| UNITED STATES OF AMERICA,<br>    Respondent. | )<br>)<br>) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the motion to dismiss is hereby **GRANTED**, petitioner's habeas petition, pursuant to 28 U.S.C. §2255, is hereby **DISMISSED**, and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 25th day of October, 2005.

                                                                */s/ James C. Turk*
                                                          Senior United States District Judge